# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| IN RE: | CHAPTER 11 BANKRUPTCY |
|---|---|
| WALTER J. STANULA | CASE № 08-71108 |
| Debtor. | Hon. Manuel Barbosa |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 115 Federal Building, 211 South Court Street, Rockford, Illinois 61101, on the **30th day of September, 2009 at 10:30 a.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Manuel Barbosa, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters: **Motion for Entry of Final Decree *Nunc Pro Tunc*,** a copy of which is attached hereto.

At which time and place you may appear, if you so desire.


Dated: September 15, 2009

        **WALTER J. STANULA, DEBTOR**
        **BY: SCHIRGER, MONTELEONE & HAMPILOS, P.C.**


        By: */s/ George P. Hampilos*


George P. Hampilos – 6210622
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, Suite 210
Rockford, IL  61101
Telephone:  815/962-0044

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**WALTER J. STANULA,**<br>                                    **Debtor.** | **CHAPTER 11 BANKRUPTCY**<br><br>**CASE NO. 08 -71108**<br><br>Hon. Manuel Barbosa |

**MOTION FOR ENTRY OF FINAL DECREE *NUNC PRO TUNC***

NOW COMES the Debtor, WALTER J. STANULA, by and through his attorneys, SCHIRGER, MONTELEONE & HAMPILOS, P.C., and moves this Court to enter a Final Decree in his Chapter 11 Reorganization case pursuant to Bankruptcy Rule 3022, and that said Order be *nunc pro tunc* to January 21, 2009, and in support thereof, states as follows:

1. The Debtor's Chapter 11 Plan was confirmed by Order entered on January 21, 2009. A copy of said Order is attached hereto as Exhibit "A" and made a part hereof.

2. The Order incorporated the terms of the Plan of Reorganization which provides at Article XII(C) that the confirmation Order shall be a final Order in each case. A copy of the Plan of Reorganization is attached hereto as Exhibit "B" and made a part hereof.

3. The Debtor has substantially complied with the terms of the Plan of Reorganization.

4. The Order confirming the Plan became final on January 21, 2009.

5. The U.S. Trustee has disregarded the provision in the Plan providing for the Final Decree, and seeks to have the quarterly Trustee's fees continue until such time as a notice and motion for the entry of a final decree is heard and granted.

WHEREFORE, the Debtor, WALTER J. STANULA, respectfully requests this Court enter an Order pursuant to Rule 3022 and Section 1101(2) of Final Decree *nunc pro tunc* to

January 21, 2009.

    Dated: September 14, 2009

        WALTER J. STANULA, Debtor
        By: Schirger, Monteleone & Hampilos, P.C.


        By:   /s/ George P. Hampilos


Prepared by:

George P. Hampilos, Esq.
Schirger, Monteleone & Hampilos, P.C.
308 West State Street #210
Rockford, Illinois 61101
Telephone: 815/962-0044
Facsimile: 815/962-6250

## **PROOF OF SERVICE**

The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 15th day of September, 2009 at or before the hour of 5:00 p.m.

Attorney Theodore Liebovich
415 South Mulford Road
P.O. Box 6066
Rockford, IL   61125-1066

America's Servicing Company
P.O. Box 10328
Des Moines, IA 50306-0328

ComEd
Bill Payment Center
Chicago, IL 60668-0001

National City Mortgage
% Codilis & Associates, P.C.
15W030 North Frontage Road #100
Burr Ridge, IL 60527-6921

Citifinancial
P.O. Box 6931
The Lakes, NV 88901-6931

Retail Services
P.O. Box 17602
Baltimore, MD 21297-1602

Rock River Water Reclamation District
P.O. box 7480
Rockford, IL 61126-7480

William T. Neary
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715-2635

City of Rockford
425 East State Street
Rockford, IL   61104-1068

Wilshire Credit Corporation
P.O. Box 7195
Pasadena, CA   91109-7195

Chase Bank
P.O. Box 100018
Kennesaw, GA 30156-9204

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Winnebago County Treasurer
404 Elm Street
Rockford, IL   61101

　　　　　　　　/s/ George P. Hampilos

**George P. Hampilos**
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, #210
Rockford, IL   61101
Telephone:  815/962-0044