## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 BANKRUPTCY |
| WALTER J. STANULA | CASE № 08-71108 |
| Debtor. | Hon. Manuel Barbosa |

### ORDER

THIS MATTER having come before the Court on the Debtor's Motion for Entry of Final Decree, *Nunc Pro Tunc,* all parties in interest having been given notice and an opportunity to be heard, and the Court being fully advised of the premises, IT IS HEREBY ORDERED that the Motion for Entry of Final Decree is heard and granted, ~~and the Final Decree is effective as of January 21, 2009~~.

DATED: __MAR 24 2010__

ENTER: _[signature]_

_____
U.S. BANKRUPTCY JUDGE